**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Rick & Rich Towing, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-1807347** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **30 Copeland Avenue**<br>**Homer, NY 13077**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cortland**<br>County | Location of principal assets, if different from principal place of business<br>**30 Copeland Avenue Homer, NY 13077**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   **http://rickandrichtowing.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Rick & Rich Towing, LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **4884**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **Stanley R. Florczyk** | Relationship | **Shareholder and President** |
|---|---|---|---|---|
| | District | **NDNY** | When **9/08/18** | Case number, if known **18-31243** |

| Debtor | **Rick & Rich Towing, LLC** | | |
|---|---|---|---|
| | Name | | Case number (*if known*) |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Rick & Rich Towing, LLC**

Name    Case number (*if known*) _____

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 17, 2018**
MM / DD / YYYY

X **/s/ Stanley R. Florczyk** _____        **Stanley R. Florczyk** _____
Signature of authorized representative of debtor        Printed name

Title    **President** _____

**18. Signature of attorney**

X **/s/ Theodore Lyons Araujo** _____        Date  **December 17, 2018** _____
Signature of attorney for debtor        MM / DD / YYYY

**Theodore Lyons Araujo** _____
Printed name

**Bankruptcy Law Center** _____
Firm name

**Bodow Law Firm PLLC**
**6739 Myers Road**
**East Syracuse, NY 13057** _____
Number, Street, City, State & ZIP Code

Contact phone    **(315) 422-1234** _____        Email address    **taraujo@bodowlaw.com** _____

**101046 NDNY** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Rick & Rich Towing, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 17, 2018**            X */s/ Stanley R. Florczyk*
                                                 Signature of individual signing on behalf of debtor

                                                 **Stanley R. Florczyk**
                                                 Printed name

                                                 **President**
                                                 Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rick & Rich Towing, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Bankruptcy Notice 200 Vesey St., 22nd Floor New York, NY 10285** | | **Collections** | | | | **$13,029.07** |
| **Capital Management Services LP 698 1/2 South Ogden Street Buffalo, NY 14206-2317** | | **Collections Key Bank** | | | | **$3,812.61** |
| **Carbon/Lithia Motors Bankruptcy Notice PO Box 4186 Portland, OR 97208-4186** | | **Contract** | | | | **$5,409.56** |
| **CNY Powersports Bankruptcy Notice 3871 US Route 11 Cortland, NY 13045** | | **Contract** | | | | **$7,809.32** |
| **Cortland County Sheriffs Dept 54 Greenbush Street Cortland, NY 13045** | | **Judgment Collection** | | | | **$12,703.36** |
| **Dell Financial Services Attn.: Bankruptcy Department 12234 North IH 35 Austin, TX 78753** | | **Purchase of goods** | | | | **$4,331.40** |
| **Excellus Blue Cross and Blue Shield 165 Court Street Rochester, NY 14647** | | **Contract** | | | | **$12,696.84** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

Debtor   **Rick & Rich Towing, LLC**                                        Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IBS of N. Central New York Bankruptcy Notice 1364 St. Hwy 7 Afton, NY 13730** | | **Contract** | | | | **$8,492.63** |
| **Internal Revenue Service Bankruptcy Preferred Address PO Box 7346 Philadelphia, PA 19101-7346** | | **Form IT Taxes** | | | | **$280,493.15** |
| **John Manculich Bankruptcy Notice 339 Front Street Binghamton, NY 13905** | | **Contract** | | | | **$55,000.00** |
| **National Hail & Dent Removal LLC Bankruptcy Notice 12 Crocus Lane Newtown, PA 18940** | | **Contract** | | | | **$9,362.32** |
| **NYS Department of Labor - UI Division Claim Service Subsection P.O. Box 611 Albany, NY 12201-0611** | | **Unemployment** | | | | **$3,258.68** |
| **NYS Dept. of Taxation and Finance Civil Enforcement _CO _ ATC WA Harriman Campus Albany, NY 12227-0171** | | **Form IT Taxes** | | | | **$114,486.03** |
| **Relin, Goldstein & Crane, LLP 28 East Main Street Suite 1800 Rochester, NY 14614-1918** | | **Collections** | | | | **$10,250.00** |
| **Santander Bank, N.A. Bankruptcy Notice 75 State Street Boston, MA 02109** | | **2015 Peterbuilt 389 Tow Heavy with 21,000 miles in good condition** | | **$394,056.00** | **$385,000.00** | **$9,056.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Rick & Rich Towing, LLC**
_____
Name

Case number *(if known)*    _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Superior Plus Energy Services Inc Bankruptcy Notice 3817 US Route 11 Cortland, NY 13045** | | **Utilities** | | | | **$35,388.71** |
| **Syracuse Autobody Supply, Inc. Bankruptcy Notice 956 State Fair Boulevard Syracuse, NY 13209** | | **Contract** | | | | **$3,943.83** |
| **Transworld Systems Inc. Bankruptcy Notice PO Box 17221 Wilmington, DE 19850** | | **Collections-First Automotive Services** | | | | **$9,541.00** |
| **United Auto Supply Inc. Bankruptcy Notice 1801 Milton Avenue #890 Syracuse, NY 13209** | | **Contract** | | | | **$23,894.11** |
| **William G. Cleary Bankruptcy Notice 1108 Madden Lane Cortland, NY 13045** | | **2007 F-550 with approximately 66,000 miles in good condition.** | | **$65,000.00** | **$15,000.00** | **$50,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Rick & Rich Towing, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................    $    **450,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................    $    **1,108,750.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................    $    **1,558,750.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **1,131,055.78**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **401,390.80**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **231,051.19**

4.    **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b                                                                                                    $    **1,763,497.77**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Rick & Rich Towing, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$500.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **NBT Bank** | **Business Checking** | | **$700.00** |
| 3.2.    **KeyBank** | **Business Checking** | | **$20,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                **$21,200.00**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Rick & Rich Towing, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**11.**      **Accounts receivable**

11a. 90 days old or less:    **100,000.00**    -    **0.00**   = ....    **$100,000.00**

        face amount               doubtful or uncollectible accounts

**12.**      **Total of Part 3.**

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

                                                **$100,000.00**

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Various Computers and peripherals purchased 2010 with a cost basis of $14,610.00 with an estimated worth of salvage value for used computers and software. | **$0.00** | N/A | **$50.00** |
| | XEROX Phaser 6700DN printer with no residula value, and a cost basis in 2014 of $1,539.00 | **$169.00** | | **$0.00** |
| | Software program purchased for inventory and control in 2002 with a cost basis of $3,338.00 no residual value. | **$0.00** | | **$0.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Rick & Rich Towing, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **General Purpose tools, machinery and equipment purchased from January 2001 to the present. List to be provided. Cost basis of all equipment was $379,773.00. All equipment is under a UCC lien. Auction estimate for the equipment listed would be les than $70,000.00** | $245,715.00 | N/A | $70,000.00 |
| **2007 Ford F550 Towtruck with 51,000 miles in good condition** | $3,061.00 | Liquidation | $28,000.00 |
| **2015 Dodge Ram C45 with 11,800 miles in good condition.** | $28,000.00 | Liquidation | $54,000.00 |
| **2014 Fontaine Lowboy Trailer in good condition** | $12,630.00 | Comparable sale | $45,000.00 |
| **2015 Freightliner 16M "Rollback" with 108,845 miles in good condition.** | $24,000.00 | N/A | $70,000.00 |
| **2015 Freightliner 16M "Rollback" 200,805 miles in good condition** | $54,516.00 | N/A | $60,000.00 |
| **2015 Freightliner 16M "Rollback" with 167,183 miles on good condition** | $26,712.00 | N/A | $65,000.00 |

42.      **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.      **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $392,050.00 |
|---|

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.      **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.      **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2015 Peterbuilt 389 Tow Heavy with 21,000 miles in good condition** | Unknown | Replacement | $385,000.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Rick & Rich Towing, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.2. | **2016 Chevrolet Express Service Truck cost basis $39,037.00 with 10,000 miles in good condition** | **$7,807.00** | **N/A** | **$22,000.00** |
| 47.3. | **Car mate trailer car trailer** | **Unknown** | | **$6,000.00** |
| 47.4. | **2004 F-550 Tow Truck 250,000 miles in fair condition.** | **$0.00** | | **$22,000.00** |
| 47.5. | **2007 F-550 with approximately 66,000 miles in good condition.** | **$0.00** | | **$15,000.00** |
| 47.6. | **2007 Ford Tow F-450 with 125,000 miles in good condition.** | **$0.00** | | **$15,000.00** |
| 47.7. | **2009 Fontaine Trailer** | **$0.00** | | **$65,000.00** |
| 47.8. | **2009 Peterbuilt 389 Tractor with 375,000 miles in good condition** | **$0.00** | | **$65,000.00** |
| 47.9. | **Container Trailer sea container stationary.** | **$0.00** | | **$500.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                         **$595,500.00**

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **Rick & Rich Towing, LLC**    Case number *(If known)* _____
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| 30 Copeland Avenue | Fee Simple | $334,700.00 | Comparable sale | $450,000.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$450,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Rick & Rich Towing, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">Part 12:</div>  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $21,200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $100,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $392,050.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $595,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................................> | | $450,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,108,750.00 | + 91b. $450,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,558,750.00 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Rick & Rich Towing, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.1** | **Cortland County Treasurer's Office**
Creditor's Name

**Cortland County Office Building**
**60 Central Avenue**
**Cortland, NY 13045**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2018**
**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Russell E. Ruthig**
**2. Cortland County Treasurer's Office**

Describe debtor's property that is subject to a lien
**30 Copeland Avenue**

Describe the lien
**Property & School Taxes**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$26,375.95**    Value of collateral: **$450,000.00**

---

**2.2** | **Eastern Funding**
Creditor's Name

**Bankruptcy Notice**
**213 W. 35th Street, Suite 1000**
**New York, NY 10001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**March 2016**

Describe debtor's property that is subject to a lien
**2016 Chevrolet Express Service Truck cost basis $39,037.00 with 10,000 miles in good condition**

Describe the lien
**Auto Loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Amount of claim: **$19,888.85**    Value of collateral: **$22,000.00**

---

Official Form 206D            Schedule D: Creditors Who Have Claims Secured by Property            page 1 of 7

| Debtor | **Rick & Rich Towing, LLC** | Case number (if know) |
|---|---|---|
| | Name | |

**Last 4 digits of account number**

**2001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Eastern Funding** | Describe debtor's property that is subject to a lien | $8,027.99 | $28,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notice
213 W. 35th Street, Suite 1000
New York, NY 10001**

Creditor's mailing address

**2007 Ford F550 Towtruck with 51,000 miles in good condition**

Describe the lien

**Auto Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**March 2014**

**Last 4 digits of account number**

**2002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Russell E. Ruthig** | Describe debtor's property that is subject to a lien | $285,783.99 | $450,000.00 |
|---|---|---|---|---|

Creditor's Name

**Trustee Ruthig 401k
PO Box 866
Cortland, NY 13045**

Creditor's mailing address

**30 Copeland Avenue**

Describe the lien

**First Mortgage and UCC Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**June 2011**

**Last 4 digits of account number**

**n/a**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Santander Bank, N.A.** | Describe debtor's property that is subject to a lien | $394,056.00 | $385,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notice
75 State Street
Boston, MA 02109**

**2015 Peterbuilt 389 Tow Heavy with 21,000 miles in good condition**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 7

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Rick & Rich Towing, LLC**                                  Case number (if know)
         Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Auto Loan** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **December 21, 2015** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **2008** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **Santander Bank, N.A.** | | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2015 Freightliner 16M** | | |
| | **Bankruptcy Notice**<br>**75 State Street**<br>**Boston, MA 02109** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Auto Loan** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **June 1, 2015** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**3995** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.7 | **Santander Bank, N.A.** | | **$40,600.00** | **$54,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2015 Dodge Ram C45 with 11,800 miles in good condition.** | | |
| | **Bankruptcy Notice**<br>**75 State Street**<br>**Boston, MA 02109** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Auto Loan** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **June 2015** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**2007** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

Debtor    **Rick & Rich Towing, LLC**                                    Case number (if know)
_____                          _____
Name

■ No                               ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its    ☐ Disputed
relative
priority.

---

| 2.8 | **Santander Bank, N.A.** | Describe debtor's property that is subject to a lien | $18,648.00 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notice
75 State Street
Boston, MA 02109**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
March 2014
Last 4 digits of account number
2002**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2014 Fontaine Lowboy Trailer in good
condition**

Describe the lien
**Auto Loan**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Santander Bank, N.A.** | Describe debtor's property that is subject to a lien | $59,991.00 | $70,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notice
75 State Street
Boston, MA 02109**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
June 1, 2015
Last 4 digits of account number
2004**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2015 Freightliner 16M "Rollback" with 108,845
miles in good condition.**

Describe the lien
**Auto Loan**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Santander Bank, N.A.** | Describe debtor's property that is subject to a lien | $61,290.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notice
75 State Street
Boston, MA 02109**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2015 Freightliner 16M "Rollback" 200,805
miles in good condition**

Describe the lien
**Auto Loan**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   **Rick & Rich Towing, LLC**                          Case number (if know)
Name

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| **Date debt was incurred**<br>**June 1, 2015**<br>**Last 4 digits of account number**<br>**2005** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 1 | **Santander Bank, N.A.** | **Describe debtor's property that is subject to a lien** | $64,554.00 | $65,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notice**
**75 State Street**
**Boston, MA 02109**
Creditor's mailing address

**2015 Freightliner 16M "Rollback" with 167,183 miles on good condition**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**June 1, 2015**
**Last 4 digits of account number**
**2006**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Snap-On Credit LLC** | **Describe debtor's property that is subject to a lien** | $21,840.00 | $70,000.00 |
|---|---|---|---|---|

Creditor's Name

**950 Technology Way, Suite 301**
**Libertyville, IL 60048-5339**
Creditor's mailing address

**General Purpose tools, machinery and equipment purchased from January 2001 to the present. List to be provided. Cost basis of all equipment was $379,773.00. All equipment is under a UCC lien. Auction estimate for the equipment listed wo**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Rick & Rich Towing, LLC**
  _____
  Name

Case number (if know)  _____

---

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **William G. Cleary** | Describe debtor's property that is subject to a lien | $65,000.00 | $65,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notice**
**1108 Madden Lane**
**Cortland, NY 13045**
Creditor's mailing address

**2009 Fontaine Trailer**

Describe the lien
**Title Lien Secured**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2011**

Last 4 digits of account number
**n/a**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **William G. Cleary** | Describe debtor's property that is subject to a lien | $65,000.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Notice**
**1108 Madden Lane**
**Cortland, NY 13045**
Creditor's mailing address

**2007 F-550 with approximately 66,000 miles in
good condition.**

Describe the lien
**Title Lien Secured**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2011**

Last 4 digits of account number
**n/a**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $1,131,055.7 8 |
|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 7

| Debtor | Rick & Rich Towing, LLC | | |
|---|---|---|---|
| | Name | | |

Case number (if know) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Reihlman, Shafer & Shafer**<br>**Bankruptcy Notice**<br>**397 NY 281**<br>**Tully, NY 13159** | Line __2.4__ | |
| **Santander Bank, N.A.**<br>**Bankruptcy Notice**<br>**3 Hunting**<br>**Melville, NY 11747** | Line __2.5__ | **2008** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Rick & Rich Towing, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Bankruptcy Preferred Address<br>PO Box 7346<br>Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$280,493.15** | **$249,688.28** |
| | Date or dates debt was incurred<br>**2016 to Present** | Basis for the claim:<br>**Form IT Taxes** | | |
| | Last 4 digits of account number **7347**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**NYS Department of Labor<br>Central Assignment & Collection<br>Sec<br>Harriman Office Bldg. Campus<br>Albany, NY 12240-0350** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,152.94** | **$3,152.94** |
| | Date or dates debt was incurred<br>**August 21, 2017** | Basis for the claim:<br>**Warrant Filed** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    25626                    Best Case Bankruptcy

Debtor   **Rick & Rich Towing, LLC**                                    Case number *(if known)*
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,258.68 | $3,258.68 |
| --- | --- | --- | --- | --- |

**2.3** Priority creditor's name and mailing address

**NYS Department of Labor - UI Division**
**Claim Service Subsection**
**P.O. Box 611**
**Albany, NY 12201-0611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,258.68     $3,258.68

Date or dates debt was incurred
**2017**

Basis for the claim:
**Unemployment**

Last 4 digits of account number **0678**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** Priority creditor's name and mailing address

**NYS Dept. of Taxation and Finance**
**Civil Enforcement _CO _ ATC**
**WA Harriman Campus**
**Albany, NY 12227-0171**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$114,486.03     $78,691.87

Date or dates debt was incurred
**2016 to Present**

Basis for the claim:
**Form IT Taxes**

Last 4 digits of account number **6975**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

**3.1** Nonpriority creditor's name and mailing address

**American Express**
**Bankruptcy Notice**
**200 Vesey St., 22nd Floor**
**New York, NY 10285**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,029.07

Date(s) debt was incurred **2017**

Basis for the claim:  **Collections**

Last 4 digits of account number **7610**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Billitier Electric, Inc.**
**Bankruptcy Notice**
**760 Brooks Avenue**
**Rochester, NY 14619**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,108.00

Date(s) debt was incurred **2017**

Basis for the claim:  **Contract**

Last 4 digits of account number **0767**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Capital Management Services LP**
**698 1/2 South Ogden Street**
**Buffalo, NY 14206-2317**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,812.61

Date(s) debt was incurred **2018**

Basis for the claim:  **Collections Key Bank**

Last 4 digits of account number **9748**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Rick & Rich Towing, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,409.56** |
|---|---|---|---|

**Carbon/Lithia Motors**
**Bankruptcy Notice**
**PO Box 4186**
**Portland, OR 97208-4186**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:  Contract**

**Last 4 digits of account number  6491**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,809.32** |
|---|---|---|---|

**CNY Powersports**
**Bankruptcy Notice**
**3871 US Route 11**
**Cortland, NY 13045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:  Contract**

**Last 4 digits of account number  CK00**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,703.36** |
|---|---|---|---|

**Cortland County Sheriffs Dept**
**54 Greenbush Street**
**Cortland, NY 13045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2016**

**Basis for the claim:  Judgment Collection**

**Last 4 digits of account number  1306**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,331.40** |
|---|---|---|---|

**Dell Financial Services**
**Attn.: Bankruptcy Department**
**12234 North IH 35**
**Austin, TX 78753**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2016**

**Basis for the claim:  Purchase of goods**

**Last 4 digits of account number  7840**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Electric Navman**

**32472 Coll. Center Drive**
**Chicago, IL 60693-0324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:  Collections**

**Last 4 digits of account number  n/a**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,696.84** |
|---|---|---|---|

**Excellus Blue Cross and Blue Shield**
**165 Court Street**
**Rochester, NY 14647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2018**

**Basis for the claim:  Contract**

**Last 4 digits of account number  0926**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**First Automotice Service Trust**
**c/o James E. Hacker, Esq.**
**28 Second Street**
**Troy, NY 12180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  unk**

**Basis for the claim:  Index # 900175-18**

**Last 4 digits of account number  7518**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Rick & Rich Towing, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00** |
|---|---|---|---|
| | **High Wide & Heavy** | ☐ Contingent | |
| | **Bankruptcy Notice** | ☐ Unliquidated | |
| | **312 Arthur Kill** | ☐ Disputed | |
| | **Staten Island, NY 10308** | | |
| | Date(s) debt was incurred **2018** | **Basis for the claim:  Contract** | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,492.63** |
|---|---|---|---|
| | **IBS of N. Central New York** | ☐ Contingent | |
| | **Bankruptcy Notice** | ☐ Unliquidated | |
| | **1364 St. Hwy 7** | ☐ Disputed | |
| | **Afton, NY 13730** | | |
| | Date(s) debt was incurred **2018** | **Basis for the claim:  Contract** | |
| | Last 4 digits of account number **0175** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$618.00** |
|---|---|---|---|
| | **Imperial Supplies, LLC** | ☐ Contingent | |
| | **Bankruptcy Notice** | ☐ Unliquidated | |
| | **300 N. Madison Street** | ☐ Disputed | |
| | **Green Bay, WI 54301** | | |
| | Date(s) debt was incurred **2018** | **Basis for the claim:  Parts, nuts and bolts** | |
| | Last 4 digits of account number **2528** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|
| | **John Manculich** | ☐ Contingent | |
| | **Bankruptcy Notice** | ☐ Unliquidated | |
| | **339 Front Street** | ☐ Disputed | |
| | **Binghamton, NY 13905** | | |
| | Date(s) debt was incurred **2017** | **Basis for the claim:  Contract** | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Keybank National Association** | ☐ Contingent | |
| | **ATTN: Overdraft Recovery** | ☐ Unliquidated | |
| | **4910 Tiedman Road** | ☐ Disputed | |
| | **Brooklyn, OH 44144** | | |
| | Date(s) debt was incurred **2017** | **Basis for the claim:  Consumer** | |
| | Last 4 digits of account number **XD90** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$502.93** |
|---|---|---|---|
| | **Magna 5** | ☐ Contingent | |
| | **Bankruptcy Notice** | ☐ Unliquidated | |
| | **PO Box 780410** | ☐ Disputed | |
| | **Philadelphia, PA 19178-0410** | | |
| | Date(s) debt was incurred **2018** | **Basis for the claim:  Collections** | |
| | Last 4 digits of account number **3126** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Monroe County Sheriff's Office** | ☐ Contingent | |
| | **130 S. Plymouth Ave., PSB 5** | ☐ Unliquidated | |
| | **Rochester, NY 14614** | ☐ Disputed | |
| | Date(s) debt was incurred **2016** | **Basis for the claim:  Collections-National Hail & Dent** | |
| | Last 4 digits of account number **1306** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Rick & Rich Towing, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,362.32**

**National Hail & Dent Removal LLC**
**Bankruptcy Notice**
**12 Crocus Lane**
**Newtown, PA 18940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Contract**

Last 4 digits of account number  **4526**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,911.31**

**Reliable Products**
**Bankruptcy Notice**
**PO Box 8**
**Canastota, NY 13032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017-2018**

Basis for the claim:  **Contract**

Last 4 digits of account number  **unk**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,250.00**

**Relin, Goldstein & Crane, LLP**
**28 East Main Street**
**Suite 1800**
**Rochester, NY 14614-1918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Collections**

Last 4 digits of account number  **3991**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,300.00**

**Robbins Sign Co., Inc.**
**Bankruptcy Notice**
**2187 US Route 11**
**Kirkwood, NY 13795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Contract**

Last 4 digits of account number  **3566**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,388.71**

**Superior Plus Energy Services Inc**
**Bankruptcy Notice**
**3817 US Route 11**
**Cortland, NY 13045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **3991**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,943.83**

**Syracuse Autobody Supply, Inc.**
**Bankruptcy Notice**
**956 State Fair Boulevard**
**Syracuse, NY 13209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Contract**

Last 4 digits of account number  **682**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,541.00**

**Transworld Systems Inc.**
**Bankruptcy Notice**
**PO Box 17221**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Collections-First Automotive Services**

Last 4 digits of account number  **0259**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rick & Rich Towing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,389.23 |
|---|---|---|---|

**Unifirst Uniform Services**
**Bankruptcy Notice**
**103 Luther Avenue**
**Liverpool, NY 13088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Uniforms**

Last 4 digits of account number  **7923**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,894.11 |
|---|---|---|---|

**United Auto Supply Inc.**
**Bankruptcy Notice**
**1801 Milton Avenue #890**
**Syracuse, NY 13209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Contract**

Last 4 digits of account number  **1485**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,965.96 |
|---|---|---|---|

**Wells Fargo Financial NB**
**Bankruptcy Notice**
**800 Walnut Street**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Collections**

Last 4 digits of account number  **9002**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,691.00 |
|---|---|---|---|

**What's Hot Magazine**

**PO Box 45**
**Cortland, NY 13045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Advertising**

Last 4 digits of account number  **1817**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wurth USA, Inc.**
**Bankruptcy Notice**
**93 Grant Street**
**Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Contract**

Last 4 digits of account number  **0378**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Relin, Goldstein & Crane, LLP**<br>**28 East Main Street**<br>**Suite 1800**<br>**Rochester, NY 14614-1918** | Line  **3.22**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 401,390.80 |
| 5b. Total claims from Part 2 | 5b. | + $ | 231,051.19 |

Debtor      **Rick & Rich Towing, LLC**
            Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $                632,441.99

**Fill in this information to identify the case:**

Debtor name    **Rick & Rich Towing, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Rick & Rich Towing, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

|  | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
|  |  | _____ City        State        Zip Code |  |  |
| 2.2 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
|  |  | _____ City        State        Zip Code |  |  |
| 2.3 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
|  |  | _____ City        State        Zip Code |  |  |
| 2.4 | _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
|  |  | _____ City        State        Zip Code |  |  |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Rick & Rich Towing, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,579,724.50** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$2,243,927.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$2,817,102.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

Debtor    **Rick & Rich Towing, LLC**                                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **United Auto Supply Inc. Bankruptcy Notice 1801 Milton Avenue #890 Syracuse, NY 13209** | **Weekly payments os $1,900.00 to $3,500 a week.** | $40,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Russell E. Ruthig, et al. v. Rick & Rich Towing LLC et al. 17-1045** | **Foreclosure** | **Supreme Court Cortland County Bankruptcy Notice 46 Greenbush St., Suite 301 Clockville, NY 13043** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **First Automotice Services Trust versus multiple defendants including debtor 900175-18** | | **Supreme Court Albany County 900175-18 16 Eagle Street Albany, NY 12207** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Rick & Rich Towing, LLC** | | | Case number *(if known)* | |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case | |
|---|---|---|---|---|---|
| 7.3. | **National Hail & Dent v. Debtor**<br>**16-14526** | **Contract** | **Supreme Court Cortland County**<br>**Bankruptcy Notice**<br>**46 Greenbush St., Suite 301**<br>**Clockville, NY 13043** | ☐ Pending<br>☐ On appeal<br>■ Concluded | |
| 7.4. | **Superior Plus Energy Services Inc. v. Debtor**<br>**14-13991** | **Contract** | **Supreme Court Monroe County**<br>**Bankruptcy Notice**<br>**99 Exchange Blvd.**<br>**Rochester, NY 14614** | ☐ Pending<br>☐ On appeal<br>■ Concluded | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor      **Rick & Rich Towing, LLC**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bankruptcy Law Center Bodow Law Firm PLLC 6739 Myers Road East Syracuse, NY 13057** | **$10,000.00 cash on the day of filing the petition to be billed at an hourly rate of $285.00 as per the retainer agreement.** | **December 17th, 2018** | **$10,000.00** |
| | Email or website address **www.bodowlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

| Debtor | **Rick & Rich Towing, LLC** | Case number *(if known)* |
| --- | --- | --- |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

12/17/18 3:08PM

Debtor    **Rick & Rich Towing, LLC** _____    Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Stanley R. Florczyk<br>12 Rosewood Avenue<br>Cortland, NY 13045** | **Towing Business for small and heavy rigs.** | EIN:      **20-1807347**<br><br>From-To   **October 2004 to Present** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Clark CPA, PC<br>PO Box 314<br>Homer, NY 13077** | **Since 2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

12/17/18  3:08PM

Debtor   **Rick & Rich Towing, LLC**                                                                 Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stanley R. Florczyk** | **12 Rosewood Avenue Cortland, NY 13045** | **Preswident and CEO** | **95%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ruth Florczyk** | **6400 Taylor Road Punta Gorda, FL 33950** | **Shareholder** | **5%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **None** | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 7

Debtor   **Rick & Rich Towing, LLC**                                                 Case number *(if known)*

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 17, 2018**

**/s/ Stanley R. Florczyk**                                    **Stanley R. Florczyk**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ☒ No
- ☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of New York

In re    **Rick & Rich Towing, LLC** _____    Case No. _____

_____    Chapter    **11** _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Hourly** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2.   $  **1,717.00**   of the filing fee has been paid from escrow.

3.   The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

5.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

**Legal fees to be paid on an hourly basis as awarded by the Court after a motion as per the retainer agreement.  Funds in escrow have been
reduced based on pre-filing services at the hourly rate subject to approval and objection by the UST and the Court.**

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
     **Respond to and return communications of the Debtor in order to facilitate the collection of documents necessary
     for the preparation of the Petition; explanation of the proceedings during the pending Bankruptcy;
     communications with the Trustee; Communications with the client in the event the Trustee requests information
     that is not in our possession; pre-suit communications on issues that involve potential violations of 11 USC 362
     & 524.  Up to Three (3) communications post-discharge are provided without additional charge for other matters
     related to the case. Review of reaffirmation agreements prepared by creditors.  Negotiation and resolution by
     Conditional Order of Lift Stay Motions where the firm does not have to file a response.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any adversary filed by a creditor; dischargeability actions; judicial lien
     avoidances; 2d mortgage adversaries; relief from stay actions where the Firm must file a response; appeals;
     suits brought for violations of the Discharge or any adversary proceeding.  Also excluded are the participation of
     the Firm in any audit; appearance at a 2004 deposition; defense of creditor motions regarding dischargability of
     any debt; actions or motions related to co-debtors; actions or motions related to the non-filing business of the
     Debtor.  The services are limited by the Firm to include those stated in the Retainer Agreement, which may only
     be modified in writing after agreement between the Firm and the Client.  Motions or amendments to add
     creditors; Modify the Plan due to non-payment by the debtor; Modify the Plan due to a change of circumstances
     of the debtor; representation regarding issues for property where a Lift Stay Motion has been granted by the
     Court and all State Court actions.**

In re    **Rick & Rich Towing, LLC**                                    Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 17, 2018**                                    **/s/ Theodore Lyons Araujo**
*Date*                                                  **Theodore Lyons Araujo**
                                                        *Signature of Attorney*
                                                        **Bankruptcy Law Center**
                                                        **Bodow Law Firm PLLC**
                                                        **6739 Myers Road**
                                                        **East Syracuse, NY 13057**
                                                        **(315) 422-1234   Fax: (315) 883-1322**
                                                        **taraujo@bodowlaw.com**
                                                        *Name of law firm*

# United States Bankruptcy Court
## Northern District of New York

In re    **Rick & Rich Towing, LLC**
                                                    Case No.
                                    Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Ruth Florczyk**<br>**6400 Taylor Road**<br>**Punta Gorda, FL 33950** | **A** | **5** | |
| **Stanley R. Florczyk**<br>**12 Rosewood Avenue**<br>**Cortland, NY 13045** | **A** | **95** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 17, 2018**              Signature    **/s/ Stanley R. Florczyk**
                                                          **Stanley R. Florczyk**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re    **Rick & Rich Towing, LLC** _____ ,

                                   Debtor                         Case No.

                                                                  Chapter    **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**20-1807347**

## CERTIFICATION OF MAILING MATRIX

   I,(we),  **Theodore Lyons Araujo**  , the attorney for the debtor/petitioner (or, if appropriate, the debtor(s) or

petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix has been

compared to and contains the names, addresses and zip codes of all persons and entities, as they appear on the

schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed herewith.

Dated:    **December 17, 2018** _____

                                          **/s/ Theodore Lyons Araujo** _____
                                          **Theodore Lyons Araujo**
                                          Attorney for Debtor/Petitioner
                                          (Debtor(s)/Petitioner(s))

F:LR1007 (10/19/99)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

American Express
Bankruptcy Notice
200 Vesey St., 22nd Floor
New York, NY 10285


Billitier Electric, Inc.
Bankruptcy Notice
760 Brooks Avenue
Rochester, NY 14619


Capital Management Services LP
698 1/2 South Ogden Street
Buffalo, NY 14206-2317


Carbon/Lithia Motors
Bankruptcy Notice
PO Box 4186
Portland, OR 97208-4186


CNY Powersports
Bankruptcy Notice
3871 US Route 11
Cortland, NY 13045


Cortland County Sheriffs Dept
54 Greenbush Street
Cortland, NY 13045


Cortland County Treasurer's Office
Cortland County Office Building
60 Central Avenue
Cortland, NY 13045


Dell Financial Services
Attn.: Bankruptcy Department
12234 North IH 35
Austin, TX 78753


Eastern Funding
Bankruptcy Notice
213 W. 35th Street, Suite 1000
New York, NY 10001


Electric Navman
32472 Coll. Center Drive
Chicago, IL 60693-0324

Excellus Blue Cross and Blue Shield
165 Court Street
Rochester, NY 14647


First Automotice Service Trust
c/o James E. Hacker, Esq.
28 Second Street
Troy, NY 12180


High Wide & Heavy
Bankruptcy Notice
312 Arthur Kill
Staten Island, NY 10308


IBS of N. Central New York
Bankruptcy Notice
1364 St. Hwy 7
Afton, NY 13730


Imperial Supplies, LLC
Bankruptcy Notice
300 N. Madison Street
Green Bay, WI 54301


Internal Revenue Service
Bankruptcy Preferred Address
PO Box 7346
Philadelphia, PA 19101-7346


John Manculich
Bankruptcy Notice
339 Front Street
Binghamton, NY 13905


Keybank National Association
ATTN: Overdraft Recovery
4910 Tiedman Road
Brooklyn, OH 44144


Magna 5
Bankruptcy Notice
PO Box 780410
Philadelphia, PA 19178-0410

Monroe County Sheriff's Office
130 S. Plymouth Ave., PSB 5
Rochester, NY 14614


National Hail & Dent Removal LLC
Bankruptcy Notice
12 Crocus Lane
Newtown, PA 18940


NYS Department of Labor
Central Assignment & Collection Sec
Harriman Office Bldg. Campus
Albany, NY 12240-0350


NYS Department of Labor - UI Division
Claim Service Subsection
P.O. Box 611
Albany, NY 12201-0611


NYS Dept. of Taxation and Finance
Civil Enforcement _CO _ ATC
WA Harriman Campus
Albany, NY 12227-0171


Reihlman, Shafer & Shafer
Bankruptcy Notice
397 NY 281
Tully, NY 13159


Reliable Products
Bankruptcy Notice
PO Box 8
Canastota, NY 13032


Relin, Goldstein & Crane, LLP
28 East Main Street
Suite 1800
Rochester, NY 14614-1918


Robbins Sign Co., Inc.
Bankruptcy Notice
2187 US Route 11
Kirkwood, NY 13795

Russell E. Ruthig
Trustee Ruthig 401k
PO Box 866
Cortland, NY 13045


Santander Bank, N.A.
Bankruptcy Notice
75 State Street
Boston, MA 02109


Santander Bank, N.A.
Bankruptcy Notice
3 Hunting
Melville, NY 11747


Snap-On Credit LLC
950 Technology Way, Suite 301
Libertyville, IL 60048-5339


Superior Plus Energy Services Inc
Bankruptcy Notice
3817 US Route 11
Cortland, NY 13045


Syracuse Autobody Supply, Inc.
Bankruptcy Notice
956 State Fair Boulevard
Syracuse, NY 13209


Transworld Systems Inc.
Bankruptcy Notice
PO Box 17221
Wilmington, DE 19850


Unifirst Uniform Services
Bankruptcy Notice
103 Luther Avenue
Liverpool, NY 13088


United Auto Supply Inc.
Bankruptcy Notice
1801 Milton Avenue #890
Syracuse, NY 13209

Wells Fargo Financial NB
Bankruptcy Notice
800 Walnut Street
Des Moines, IA 50309


What's Hot Magazine
PO Box 45
Cortland, NY 13045


William G. Cleary
Bankruptcy Notice
1108 Madden Lane
Cortland, NY 13045


Wurth USA, Inc.
Bankruptcy Notice
93 Grant Street
Ramsey, NJ 07446

# United States Bankruptcy Court
### Northern District of New York

In re    **Rick & Rich Towing, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Rick & Rich Towing, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 17, 2018**

Date

**/s/ Theodore Lyons Araujo**

**Theodore Lyons Araujo**

Signature of Attorney or Litigant

Counsel for    **Rick & Rich Towing, LLC**

**Bankruptcy Law Center
Bodow Law Firm PLLC
6739 Myers Road
East Syracuse, NY 13057
(315) 422-1234 Fax:(315) 883-1322
taraujo@bodowlaw.com**